AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Jesse James Jones

JUDGMENT IN A CIVIL CASE

v.

AHCC, et al

CASE NUMBER: CV-08-0099-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

June 25, 2008         JAMES R. LARSEN
*Date*                *Clerk*
                      s/ Vikki Johnson
                      *(By) Deputy Clerk*
                      Vikki Johnson